UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK (ALBANY)

| | |
|---|---|
| ESTHER MIDDLEBROOKS,<br>      Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>and KIA MOTORS FINANCE;<br>      Defendants. | CASE NO. 1:22-cv-00804-BKS-ATB<br><br><br><br>STIPULATION OF DISCONTINUANCE<br>BETWEEN PLAINTIFF AND<br>DEFENDANT TRANS UNION, LLC<br>ONLY |

Plaintiff Esther Middlebrooks ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, that no party hereto is an infant or incompetent and that Plaintiff's cause against Trans Union only should be discontinued, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                    Respectfully submitted,

Date: 1/12/2023                                         *s/Tamir Saland*

                                                    Tamir Saland, Esq.
                                                    Stein Saks, PLLC
                                                    One University Plaza, Suite 620
                                                    Hackensack, NJ 07601
                                                    Telephone: (201) 282-6500 ext. 122
                                                    E-Mail: tsaland@steinsakslegal.com

                                                    *Counsel for Esther Middlebrooks*

Date: 1/12/2023                         /s/ Sydney O. Burden
                                        Robert J. Schuckit, Esq. (517217)
                                        Sydney O. Burden, Esq. (phv #703972)
                                          (admitted *Pro Hac Vice*)
                                        Schuckit & Associates, P.C.
                                        4545 Northwestern Drive
                                        Zionsville, IN 46077
                                        Telephone: (317) 363-2400, Ext. 104 & 117
                                        Fax: (317) 363-2257
                                        E-Mail: rschuckit@schuckitlaw.com
                                        E-Mail: sburden@schuckitlaw.com

                                        *Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED:

*/s/ Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge

Dated: January 12, 2023
       Syracuse, NY